# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CLAUDIA BARTON

VERSUS

BURGER KING CORPORATION

NO.   2021 CW 0511

**AUGUST 20, 2021**

---

In Re:   Burger King Corporation and GPS Hospitality Partners IV, LLC, applying for supervisory writs, Baton Rouge City Court, Parish of East Baton Rouge, No. 18-04020.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

WIL

EW

**McDonald, J.**, dissents and would direct the Clerk of this court to issue a Notice of Briefing Schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT